UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORIAH INCORPORATED d/b/a
EISENHOWER CENTER (Russell
Kimberly, et al),

      Plaintiff,                                          Civil Action No. 22-11936

vs.

                                                      HON. MARK A. GOLDSMITH

ASMI/AUTO INSURANCE COMPANY
And ALLSTATE INSURANCE COMPANY,

      Defendant.
_____/

## ORDER AMENDING THE
## CASE MANAGEMENT AND SCHEDULING ORDER (Dkt. 10)

The Court held a hearing on April 27, 2023 regarding Defendants' amended motion to adjourn Case Management and Scheduling Order dates (Dkt. 25). Based on the stipulation of the parties at the hearing, the Court granted the motion in part to adjourn the remaining Case Management and Scheduling Order dates by sixty days.

IT IS ORDERED that the Case Management and Scheduling Order is amended as follows:

| EVENT | DEADLINE |
| --- | --- |
| Fact Discovery Cutoff | June 12, 2023 |
| Expert Discovery Cutoff | June 12, 2023 |
| Dispositive Motions & Motions to Limit/Exclude Expert Testimony | June 26, 2023 |
| All Other Motions, Including Motions in Limine | September 29, 2023 |
| Joint Final Pretrial Order | September 29, 2023 |
| Final Settlement Conference | October 30, 2023 at 1:30 p.m. |
| Final Pretrial Conference | November 13, 2023 at 1:30 p.m. |
| Trial-Jury | November 27, 2023 at 8:30 a.m. |

1

SO ORDERED.

Dated: May 2, 2023            s/Mark A. Goldsmith
       Detroit, Michigan      MARK A. GOLDSMITH
                              United States District Judge